```
Edward D. Vaisbort, Esq. (SBN 136668)
Edward C. Hsu, Esq. (SBN 239296)
LITCHFIELD CAVO LLP
245 South Los Robles Avenue
Suite 450
Pasadena, CA 91101
Tel:  (626) 683-1100
Fax: (626) 683-1113
vaisbort@litchfieldcavo.com
hsu@litchfieldcavo.com

Attorneys for Defendant
TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NARINDER SINGH, KATHLEEN REED, GERARD DRISCOLL AND WILLIAM HADLEY, <br><br> Plaintiffs, <br><br> vs. <br><br> TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, ERRONEOUSLY SUED HEREIN AS TRAVELERS CASUALTY AND SURETY COMPANY AND DOES 1-10, <br><br> Defendants. | Case No.:  SACV 12-02032 JVS (ANx) <br><br> **JUDGMENT** |

In accordance with, and for the reasons stated in the May 8, 2013 Order of this Court granting Defendant TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA's ("Travelers") Motion to Dismiss Plaintiffs' First Amended Verified Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. Plaintiffs NARINDER SINGH, KATHLEEN REED, GERARD DRISCOLL and WILLIAM HADLEY ("Plaintiffs") shall take nothing by way of their First Amended Verified Complaint from Travelers;

///

2. Judgment is entered in favor of Travelers;

3. Travelers is DISMISSED WITH PREJUDICE from this action; and

4. Travelers is a prevailing party entitled to recover costs from Plaintiffs.

Dated: May 14, 2013         By: _____
                                Hon. James V. Selna
                                United States District Judge